**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

NY SENIUK,                   :   No. 636 MAL 2016

            Petitioner      :

                                :   Petition for Allowance of Appeal from

                                :   the Order of the Superior Court

          v.                 :

                                :

                                :

CLAIRE BIRNEY,            :

                                :

          Respondent     :

**ORDER**

**PER CURIAM**

      **AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.